UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Edwin Oswaldo AQUINO-ALVARADO, | Case No.: 26-cv-2981-AGS-DDL |
| Petitioner, | **ORDER GRANTING HABEAS PETITION (ECF 1) AND ORDERING BOND HEARING** |
| v. | |
| Patrick DIVVER, et al., | |
| Respondents. | |

Petitioner Edwin Aquino-Alvarado seeks a writ of habeas corpus under 28 U.S.C. § 2241 challenging his immigration detention. Respondents "do not oppose an order from this Court directing a bond hearing be held pursuant to 8 U.S.C. § 1226(a)." (ECF 4, at 1.) The Court thus **GRANTS** the petition and orders that petitioner receive such a bond hearing by June 4, 2026. All pending deadlines and hearings are vacated. The Clerk's Office is directed to issue a judgment and close this case.

Dated:  May 21, 2026

_____
Hon. Andrew G. Schopler
United States District Judge

1

26-cv-2981-AGS-DDL