

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Edwin Oswaldo Aquino-Alvarado | **Civil Action No.** 26-cv-02981-AGS-DDL |
| **Plaintiff,** | |
| **V.** | |
| see attached | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court grants the petition and orders that petitioner receive such a bond hearing by June 4, 2026.

**Date:**        5/21/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  S. Tweedle

S. Tweedle, Deputy

# United States District Court
**SOUTHERN DISTRICT OF CALIFORNIA**

(ATTACHMENT)

**Civil Action No.** <u>26-cv-2981-AGS-DDL</u>

Respondent
Patrick Divver
Field Office Director of Enforcement and Removal Operations, San Diego Field Office, Immigration and Customs Enforcement

Respondent
Christopher J. LaRose
Warden of the Otay Mesa Detention Center

Respondent
Department of Homeland Security